JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LEE CONN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARK PLAZA CENTER, a California Limited Liability Company; JIN H HO dba Mama's Coin Laundry, and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 8:12-CV-00131-JST-JPR x<br><br>**ORDER DISMISSING CASE** |

Having read the foregoing Stipulation and finding good cause, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: April 11, 2012　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　JOSEPHINE TUCKER
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE