JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TIM LEE CONN,

        Plaintiff,

v.

PARK PLAZA CENTER, a California Limited Liability Company; JIN H HO dba Mama's Coin Laundry, and DOES 1 through 10, inclusive

        Defendants.

Case No.: 8:12-CV-00131-JST-JPRx

**ORDER DISMISSING CASE**

———

    Having read the foregoing Stipulation and finding good cause, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: April 11, 2012

JOSEPHINE STATON TUCKER

JOSEPHINE TUCKER
UNITED STATES DISTRICT COURT JUDGE